# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 5:09-cr-20 (BAK)
(L0148160)

U.S.A.
v.
Justin W. Sexton

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✔) **FINE** of $ 150      ( ) **Penalty ASSESSMENT** of $ _____

( ) **PROCESSING Fee** of $ _____   for a **TOTAL AMOUNT** of $ 150.00 ,

paid within  by 1/12/2010  days / months  **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

(✔) REVIEW/Post Sentencing HEARING DATE: 1/12/2010 at 9:30 a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✔) COMMUNITY SERVICE  5 days work w/BLM Ridgecrest
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✔] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 11/5/2009            /s/ A.C. Leon-Guerrero
                    for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007